## PPC BROADBAND, INC., DBA PPC, FKA John Mezzalingua Associates, Inc., Plaintiff-Appellee

v.

## CORNING OPTICAL COMMUNICATIONS RF, LLC, Defendant-Appellant

2017-1347

United States Court of Appeals, Federal Circuit.

March 13, 2018

J. MICHAEL JAKES, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for plaintiff-appellee. Also represented by JOSE M. RECIO; ROBERT L. BURNS, II, Reston, VA; JUSTIN A. HENDRIX, Palo Alto, CA; JOHN D. COOK, DOUGLAS J. NASH, Barclay Damon, LLP, Syracuse, NY; JOHN T. GUTKOSKI, Boston, MA.

KIMBALL RICHARD ANDERSON, Winston & Strawn LLP, Chicago, IL, argued for defendant-appellant. Also represented by HOWARD I. SHIN, New York, NY; MARK S. DAVIES, KATHERINE M. KOPP, Orrick, Herrington & Sutcliffe LLP, Washington, DC; ELIZABETH MOULTON, Menlo Park, CA; DANIEL A. RUBENS, New York, NY; JOSEPH P. LAVELLE, DLA Piper US LLP, Washington, DC.

CLYDE MOODY SIEBMAN, Siebman, Burg, Phillips & Smith, LLP, Sherman, TX, for amicus curiae Samsung Electronics Co., Ltd.

(Prost, Chief Judge, Mayer and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**